**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ JUN 29 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
In re: ZYPREXA PRODUCTS LIABILITY   : MDL No. 1596 (JBW)
LITIGATION
------------------------------------X

CARLOS DICIOLLA,

    Plaintiff,      06-CV-4731

v.

ELI LILLY AND COMPANY,

    Defendant.

------------------------------------X

Judgment

## ORDER

Upon consideration of Defendant Eli Lilly and Company's Motion to Dismiss, and any response thereto, it is hereby **ORDERED** that the Motion is granted and the claims of Carlos Diciolla are **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Judge Jack B. Weinstein

Dated: 6/28, 2011
Brooklyn, New York

